AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendant
JPMorgan Chase Bank, N.A., an acquirer
of certain assets and liabilities of
Washington Mutual Bank from the FDIC
as receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA K. SUMMERS et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA et al.<br>　　　　Defendants. | **CASE NO.: 08-CV-02987-MCE-DAD**<br><br>**[JUDGE: HON. MORRISON C. ENGLAND, JR.]**<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>**Action Filed:**　　12/08/2008 |

**TO THE COURT, ALL OTHER PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver in the above-referenced caption hereby requests the Court approve the substitution of Amy L. Morse, Esq., Adorno Yoss Alvarado & Smith, 633 W. Fifth Street, Suite 1100, Los Angeles, telephone (213) 229-2400, facsimile (213) 229-2499, email: amorse@adorno.com, as attorney of record in place and stead of Amy L. Morse, Office of the General Counsel, 9200 Oakdale Avenue,

Seventh Floor, Mail Stop N110701, Chatsworth, California 91311. The Request for Approval of Substitution of Attorneys has been signed on behalf of Defendant and by Ms. Morse, both in her capacity as General Counsel and on behalf of the Adorno Yoss law firm. Since the Request consequently meets the requirements of Local Rule 83-182(g),

IT IS HEREBY ORDERED that:

1. Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver is granted the substitution. Amy L. Morse, in her capacity as an attorney in the law firm of Adorno Yoss Alvarado & Smith shall represent Defendant in the place of Ms. Morse in her capacity as General Counsel for Defendant.

Dated: March 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE