1  THEODORE E. BACON, SBN: 115395
   tbacon@alvaradosmith.com
2  MICHAEL B. TANNATT, SBN: 117133
   mtannatt@alvaradosmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel:  (213) 229-2400
   Fax:  (213) 229-2499
6
   Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A., an acquirer
   of certain assets and liabilities of Washington
8  Mutual Bank from the FDIC acting as receiver
9

10

11                  **UNITED STATES DISTRICT COURT**

12                 **EASTERN DISTRICT OF CALIFORNIA**

13

14  DAVID W. SUMMERS and PAMELA K.       Case No.: 2:08-cv-02987-MCE-KJN
    SUMMERS, individuals,
15                                       The Hon. Morrison C. England, Jr.
              Plaintiffs,
16                                       ORDER RE:  EX PARTE
    vs.                                  APPLICATION REQUESTING A
17                                       MODIFICATON OF THE PRETRIAL
    WASHINGTON MUTUAL BANK, F.           SCHEDULING ORDER TO ALLOW
18  A.; QUALITY LOAN SERVICE CORP.,      FOR HEARING OF MOTION FOR
    and JOHN & JANE DOES 1 – 10,         SUMMARY JUDGEMENT MOTION
19                                       TO BE HEARD ON JANUARY 12,
              Defendants.                2012
20
                                         **DATE:**     January 12, 2012
21                                       **TIME:**     10:00 a.m.
                                         **PLACE:**    Courtroom 7
22

23                                       Trial Date:  July 22, 2012

24                                       Action Filed**:**      December 8, 2008

25

26

27

28

_AlvaradoSmith_
_A Professional Corporation_
_Los Angeles_

                                    1
3026756.1 -- AL109.W216

1    Based on the foregoing *Ex Parte* Application filed by Defendant JPMorgan

2  Chase Bank, N.A., and for good cause showing,

3    **IT IS HEREBY ORDERED** that the Pretrial Scheduling Order shall be

4  modified so that Defendant JPMorgan Chase Bank, N,A.'s Motion for Summary

5  Judgment, or, in the alternative, Summary Adjudication of Issues, may be heard on

6  January 12, 2012 at 2:00 p.m. in Department 7.  Filing and service shall be made in

7  compliance with the Federal Rules of Civil Procedure.

8  Dated:  December 8, 2011

9

10  _____

11  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3026756.1 -- AL109.W216