THEODORE E. BACON, SBN: 115395
tbacon@alvaradosmith.com
MICHAEL B. TANNATT, SBN: 117133
mtannatt@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel:  (213) 229-2400
Fax:  (213) 229-2499

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. SUMMERS and PAMELA K. SUMMERS, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, F. A.; QUALITY LOAN SERVICE CORP., and JOHN & JANE DOES 1 – 10,<br><br>Defendants. | Case No.: 2:08-cv-02987-MCE-KJN<br><br>The Hon. Morrison C. England, Jr.<br><br>ORDER RE:  EX PARTE APPLICATION REQUESTING A MODIFICATON OF THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR HEARING OF MOTION FOR SUMMARY JUDGEMENT MOTION TO BE HEARD ON JANUARY 12, 2012<br><br>**DATE:**   January 12, 2012<br>**TIME:**    10:00 a.m.<br>**PLACE:**  Courtroom 7<br><br>Trial Date:  July 22, 2012<br><br>Action Filed**:**         December 8, 2008 |

1
ORDER RE EX PARTE APPLICATION

1  Based on the foregoing *Ex Parte* Application filed by Defendant JPMorgan
2  Chase Bank, N.A., and for good cause showing,
3  **IT IS HEREBY ORDERED** that the Pretrial Scheduling Order shall be
4  modified so that Defendant JPMorgan Chase Bank, N,A.'s Motion for Summary
5  Judgment, or, in the alternative, Summary Adjudication of Issues, may be heard on
6  January 12, 2012 at 2:00 p.m. in Department 7.  Filing and service shall be made in
7  compliance with the Federal Rules of Civil Procedure.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE