1  John W. Villines (CA SBN 193672)
   JV LAW
2  726 14th Street, Suite E
   Modesto, CA  95354
3  *Mailing Address*:
   P.O. Box 580049
4  Modesto, CA  95358-0002
   Tel:  (209) 524-9903
5  Fax: (209) 524-6655
   E-Mail:  john@jvlaw.net
6
   Attorneys for Plaintiffs
7  DAVID W. SUMMERS &
   PAMELA K. SUMMERS
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. SUMMERS and PAMELA K. SUMMERS, individuals, | Case No.:  2:08-cv-02987-MCE-KJN |
| Plaintiffs, | ORDER ON JOINT REQUEST FOR STAY OF CASE FOR 120 DAYS |
| vs. | |
| WASHINGTON MUTUAL BANK, F.A.; QUALITY LOAN SERVICE COPR., and JOHN & JANE DOES 1-10, | |

WHEREAS, this Court having considered the "Joint Request for Stay of Case for 120 Days" filed by jointly by Plaintiffs DAVID W. SUMMERS and PAMELA K. SUMMERS and Defendant JP MORGAN CHASE BANK, N.A., as

-1-

**[PROPOSED] ORDER ON JOINT REQUEST FOR STAY OF CASE FOR 120 DAYS**

an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, by and through their attorneys of record, and for good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties shall have 120 days, until **July 16, 2012**, to file a joint stipulation to dismiss this action with prejudice.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE