UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID W. SUMMERS, et al.,                No. 2:08-cv-02987-MCE-KJN

      Plaintiffs,

  v.                                       ORDER

WASHINGTON MUTUAL BANK, F.A.,
et al.,

      Defendants.

----oo0oo----

The Court is in receipt of the Joint Stipulation of Dismissal of Action signed by Plaintiffs David W. Summers and Pamela K. Summers ("Plaintiffs") and counsel for Defendant JP Morgan Chase Bank, N.A., who acquired the assets of Washington Mutual Bank, F.A., from its receiver, the Federal Deposit Insurance Corporation.  Plaintiffs also submitted a letter by which they indicate their counsel, John W. Villines, has been suspended from the practice of law in California and cannot join in the stipulation.  The Court has confirmed counsel's suspension with the State Bar of California.

///

Accordingly, given counsel's suspension from the practice of law and Plaintiffs' reference to him as their "former counsel," the Court now holds that John W. Villines is terminated as Plaintiffs' counsel of record in this case.  Good cause having been shown, this action is hereby DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2